101 F.3d 691
 Austin F. Moyer
v.
Stephanie M. Rudolph, a/k/a Stephanie M. Moyer, Norman L.
Goldberg, Esq., Joseph T. Labrum, Jr. J.C.P., Michael P.
Dignazio, Exq., Kenneth A. Clouse, J.C.P., Thomas Ridge,
bofernor of Pennsylvania, State of Pennsylvania, John, Jane Doe(s)
 NO. 96-1489
 United States Court of Appeals,
Third Circuit.
 Oct 28, 1996
 
 Appeal From: E.D.Pa., No. 96-cv-02539,
 Hutton, J.
 
 
 1
 AFFIRMED.